No. —, original. Ex parte GOLDSMITH. Motions submitted October 13, 1930. Decided October 20, 1930. The motions for leave to file petition for writ of mandamus and for leave to proceed *in forma pauperis* are denied. *Mr. H. Ely Goldsmith, pro se.*

No. 102. NEUSTADT ET AL. *v.* COLINE OIL Co. ET AL. Jurisdictional statement submitted October 13, 1930. Decided October 20, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Fred E. Suits* and *R. L. Disney* for appellants. *Messrs. George M. Green, W. A. Ledbetter,* and *E. E. McInnis* for appellees.